UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE TIAMIYU, | No. 2:24-cv-2043 AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On September 20, 2024, the administrative record in this case was filed. ECF No. 8. Pursuant to the Local Rules of this court and the operative scheduling order, ECF No. 3, plaintiff's opening motion for summary judgment was due 30 days after the record was filed, in this case on October 21, 2024. The motion was not timely filed. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why the failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. Filing a motion for summary judgment within this timeframe will discharge this order.

DATED: November 12, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE