| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | MATHEW W. PILE |
| | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| | Oscar Gonzalez de Llano |
| 4 | Special Assistant United States Attorney |
| |     Social Security Administration |
| 5 |     Office of General Counsel |
| |     6401 Security Boulevard |
| 6 |     Baltimore, MD 21235 |
| |     Telephone: (510) 970-4818 |
| 7 |     Email: Oscar.Gonzalez@ssa.gov |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE TIAMIYU, | No. 2:24-cv-02043-AC |
| Plaintiff, | |
| v. | STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended three (3) days from January 27, 2025 to January 30, 2025. This is Defendant's second request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response. This past week Counsel has been out of the office and limited in productivity providing

Stipulated Motion for Extension of Time

care for his son who has been sick at home and unable to otherwise be cared for by another party. Given this situation and competing workload requirements an extension until January 30, 2025 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay and no further extensions will be required. All other dates in the Court's Scheduling Order shall be extended accordingly.

                                            Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

DATE: January 26, 2025        By:    *s/ Oscar Gonzalez de Llano*
                                                        OSCAR GONZALEZ DE LLANO
                                                         Special Assistant United States Attorney
                                                         Attorneys for Defendant

                                            Respectfully submitted,

DATE: January 26, 2025        By:    *s/ Kevin Heitke* *
                                                        KEVIN HEITKE, CSBN 134638
                                                       Summit Disability Law LLC
                                                       (*as authorized by email)
                                                       Attorney for Plaintiff

ORDER

 Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 30, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED: January 27, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE